TRINA A. HIGGINS, United States Attorney (#7349)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: tad.may@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QWANA MCCOOK, AUGUSTINE YELLOW,<br><br>Defendants. | COMPLAINT<br><br>Case No. 2:22mj335 CMR<br><br>Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**<u>COUNT I</u>**
**Kidnapping while within Indian Country**
**18 U.S.C. §§ 1201(a)(2) and 1153(a)**

On or about May 9, 2022, in the Southern Division of the District of Utah,

QWANA MCCOOK, AUGUSTINE YELLOW,

the defendants herein, did unlawfully seize, confine, kidnap, abduct or carry away and hold for ransom or reward or otherwise L.P. a five year old child; said kidnapping having occurred within the exterior boundaries of the Ute Mountain Ute reservation and the Navajo Nation in the District of Utah, all in violation of 18 U.S.C. §§ 1201(a)(2) and 1153(a). Qwana Mccook is a member of the Ute Mountain Ute Tribe, Augustine Yellow is member of the Uintah and Ouray Tribe and L.P. is an unenrolled Navajo descendent.

This complaint is made on the basis of investigation consisting of the following:

1. On 05/08/2022, D.A. was on the Ute Mountain Ute reservation preparing to depart in her truck. She placed her two children in the truck and started the truck, so it could warm up. The truck was parked at, White Mesa, Utah. D.A. then went into the house to say good bye to her sister. D.A's 8 year old son ran into the house and said, "Momma, the guys are taking the truck." When D.A. walked back outside, she saw QWANA MCCOOK in the driver seat and AUGUSTINE YELLOW was in the passenger seat. She ran over to MCCOOK to prevent him from taking the truck with her children inside. D.A. stated she told MCCOOK, "Hey, would you doing? Lilly is back there." MCCOOK assaulted D.A. by striking her in the face, and she fell to the ground when she tried to stop him. L.P. her 5 year old daughter remained inside the truck in the back seat. The whereabouts of the truck and L.P. were unknown for approximately 2-1/2 hours. Surrounding counties were notified of the situation by dispatch and an Amber Alert was being prepared to be issued. At approximately 9:46 a.m., dispatch received a call of a

rollover of a truck near Cahone Mesa on the Navajo Nation. Patrol proceeded to the crash site and verified that it was the same subjects and truck. L.P. had been ejected from the truck during the rollover and was pronounced dead at the scene. San Juan County deputies, Bureau of Indian Affairs patrol and investigations, Navajo Nation patrol and investigations and Utah Highway Patrol coordinated to work the crime scene.

Based on the foregoing information, your affiant respectfully requests that warrant's of arrest be issued for QWANA MCCOOK, AUGUSTINE YELLOW for violations of 18 U.S.C . §§ 1201(a)(2) ) and 1153(a).

Rachel Butler

Affiant,
Special Agent Rachel Butler

SUBSCRIBED AND SWORN to before me this 9th day of May, 2022.

Cecilia M. Romero

Cecilia M. Romero
United States MagistrateJudge

APPROVED:

TRINA A. HIGGINS
United States Attorney

THADDEUS MAY Digitally signed by THADDEUS MAY
Date: 2022.05.09 11:18:39 -06'00'

THADDEUS J. MAY
Assistant United States Attorney